IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ELDIN ALFONSO HERNANDEZ,<br><br>　　　　　Defendants. | 4:13CR3139<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1)   The motion of attorney Timothy P. Sullivan to withdraw as counsel of record for defendant Eldin Alfonso Hernandez, (filing no. 24), is granted.

2)   The clerk shall delete Timothy P. Sullivan from any future ECF notifications herein.

November 27, 2013.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge