IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:13CR3139 |
| vs. | |
| ELDIN ALFONSO HERNANDEZ, | ORDER |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss. (Filing No. 121.) Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the Indictment, without prejudice, as it relates to **only** the above-captioned defendant.

**IT IS ORDERED:**

1. Plaintiff's Motion to Dismiss (Filing No. 121) is granted.
2. The Indictment as to Eldin Alfonso Hernandez only is dismissed without prejudice.

Dated this 8th day of May, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge